# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, | No. 362 MAL 2015

Respondent

Petition for Allowance of Appeal from the
Order of the Superior Court

v.

TERRELL DARNELL SMITH,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.